UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| DUININCK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEUEL COUNTY, SOUTH DAKOTA, <br><br> Defendant. | 1:24-CV-01011-CBK <br><br> ORDER SETTING TRIAL DATES |

After consultation with counsel,

IT IS ORDERED:

(1) The deadline for settlement will be ten working days before trial.

(2) The parties shall file a trial brief and proposed jury instructions no later than 10 working days before trial. The proposed instructions shall include a copy showing source and authority along with an original in proper form to go to the jury. The Court has assembled basic instructions used in all civil cases defining duties of jurors, burden of proof, basic definitions and other matters. Therefore, the parties should only submit those instructions which are related to the specific matters in issue in this case.

(3) All motions in limine shall be filed at least 10 working days before trial. Responses shall be due no later than 5 working days before trial.

(4) Counsel shall submit a hard copy of the list of all witnesses and a list of all proposed exhibits with a copy showing the number of each exhibit as marked to the Judge's chambers and file the same with the Clerk of Court by no later than 9:00 o'clock a.m. on the Friday prior to trial. This directive does not alter or modify the obligation of counsel to comply fully with Fed. R. Civ. P. 26.

(5) Counsel shall report to the Court in writing five days before trial, pursuant to the Court's standard operating procedures, any contacts a potential juror may have with the parties, their attorneys, or their witnesses.

(6)  The jury trial herein shall commence on Monday, July 13, 2026, at 10:30 a.m. in the Federal Courtroom of the U.S. Courthouse, 102 Fourth Avenue SE, Aberdeen, South Dakota.

Dated this 21 st day of November, 2025.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

2